JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ARTURO HERNANDEZ, | No. 5:23-cv-02059-JGB-SP |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation filed by the parties, IT IS ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

DATED: February 8, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE